UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| MARK FLEMING and SUSAN FLEMING,<br><br>       Plaintiffs,<br><br>v.<br><br>FIRST COMMUNITY INSURANCE COMPANY,<br><br>       Defendant. | CASE NO. 2:23-cv-00510-SPC-NPM |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to the Hurricane Ian Scheduling Order, ECF 5, the Parties, Plaintiffs, MARK FLEMING and SUSAN FLEMING, and Defendant, FIRST COMMUNITY INSURANCE COMPANY, hereby notify the Court that the Parties have settled.

Respectfully Submitted,

Respectfully submitted,

| | |
|---|---|
| /s/ Rafael F. Alonso<br>Rafael F. Alonso<br>Fla. Bar No. 54473<br>Email: ralonso@alonsoperezlaw.com<br>ALONSO & PEREZ, LLP<br>6303 Blue Lagoon Drive<br>Suite 400<br>Miami, Florida 33126<br>Telephone:  (305) 443-6321<br>Facsimile:   (305) 459-1805<br>*Counsel for Plaintiffs* | /s/ J. Michael Pennekamp<br>J. Michael Pennekamp<br>Fla. Bar No. 983454<br>Email: jmp@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>Brickell Arch, Fourteenth Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131<br>Telephone:  (305) 789-9200<br>Facsimile:  (305) 789-9201<br>*Counsel for First Community Insurance Company* |

CASE NO. 2:23-cv-00510-SPC-NPM

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ J. Michael Pennekamp
J. Michael Pennekamp

CASE NO. 2:23-cv-00510-SPC-NPM

- 3 -

## SERVICE LIST

CASE NO. 2:23-cv-00510-SPC-NPM

Rafael F. Alonso, Esq.
Alonso & Perez, LLP
6303 Blue Lagoon Drive, Suite 400
Miami, FL 33126
E-Mail: info@alonsoperezlaw.com;
ralonso@alonsoperezlaw.com
Telephone: (305) 443-6321
Facsimile: (305) 459-1805
Attorney for MARK FLEMING and
SUSAN FLEMING